TRUST COMPANY OF LARCHMONT, Respondent, v. BERNHARD RADDING and Others, Defendants; ARTHUR L. BOWEN, Appellant.— In a foreclosure action, interlocutory judgment reforming a certain mortgage unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Johnston, JJ.

JOHN L. WALSH, Doing Business under the Firm Name and Style of NORTHPORT SAND AND GRAVEL COMPANY, Respondent, v. THE TURNER CONSTRUCTION COMPANY, Appellant.— Action to recover moneys paid for the assignment of certain rights for electric lines constructed by a lighting company. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Johnston, JJ.

BENJAMIN WANCHEL and Others, Respondents, v. HARRY SCHARFF, Appellant.— Action in equity to compel defendant to release to plaintiffs a certain bank deposit made by defendant in accordance with an agreement between the parties. Judgment for plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Johnston, JJ.

MONROE WEILL and Others, Appellants, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent, and Others, Defendants.— Judgment dismissing the complaint in a judgment creditors' action reversed on the law and the facts, with costs, and judgment directed for plaintiffs, as demanded in the complaint, with costs. Findings of fact numbered twenty-fifth and twenty-sixth are against the weight of the evidence. The only credits to which defendant Title Guarantee and Trust Company is entitled are the moneys disbursed pursuant to the judgment in the action of Miller-Schlott, Inc., against it. Findings of fact and conclusions of law inconsistent with this decision are reversed and new findings and conclusions will be made. Lazansky, P. J., Young, Hagarty, Tompkins and Johnston, JJ., concur. Settle order on notice.

In the Matter of the Application of JACOB MODEL for Admission to Practice as an Attorney and Counselor at Law. (From the State of Florida.) — Application granted. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Johnston, JJ.

In the Matter of the Application of R. DONALD SLEE for Admission to Practice as an Attorney and Counselor at Law. (From the State of Oklahoma.) — Application granted. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Johnston, JJ.

RALPH ANTONELLI, ROSE ANTONELLI, Also Known as ROSA ANTONELLI, etc., Appellants, v. KATHREEN ANTONELLI, etc., and JOE J. SARCONA, Respondents, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Johnston, JJ.

In the Matter of the Application of CURTIS E. DOLL to Lay Out Certain Highways in the Town of Huntington, and the Assessment of Damages Therefor. CURTIS E. DOLL, Appellant; ALBERT NUSSBAUM, Superintendent of Highways, Town of Huntington, Huntington, N. Y., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Johnston, JJ.